UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Marshall Fitzpatrick, | : |
| | : |
| | : Civil Action No.:  1:15-cv-00949 |
| Plaintiff, | : |
| v. | : |
| | : |
| Portfolio Recovery Associates, L.L.C.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

Marshall Fitzpatrick ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 14, 2015

                                       Respectfully submitted,

                                       By  /s/ Sergei Lemberg_____
                                       Sergei Lemberg, Esq.
                                       43 Danbury Road
                                       Wilton, CT  06897
                                       Telephone: (203) 653-2250
                                       Facsimile: (203) 653-3424
                                       Email: slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on December 14, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By /s/ Sergei Lemberg

                Sergei Lemberg